※ PS 8
(pawp 1 2005)

# UNITED STATES DISTRICT COURT

## For The

## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Shawn Marshall Davis**　　　　　　　　　**Docket No.　　05-00159-001**

### Petition for Action on Conditions of Pretrial Release

　　COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of defendant Shawn Marshall Davis, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell, sitting in the Court at Pittsburgh, Pennsylvania, on the 10th day of May 2005, under the following conditions:

- The defendant shall report to pretrial services as directed.
- The defendant shall be supervised via the Electronic Monitoring Program under home incarceration.
- The defendant shall submit to substance abuse testing.
- The defendant shall not depart the Western District of Pennsylvania.
- The defendant shall not commit any offense in violation of federal, state or local law, while on release in this case.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

　　On February 11, 2006, the defendant was charged with Simple Possession (crack cocaine), Possession of a Small Amount of Marijuana, and Possession of Drug Paraphernalia by the Pittsburgh Police Department.

　　These charges are the result of a search warrant that was executed at the defendant's residence on February 11, 2006. The defendant was arrested and placed in the Allegheny County Jail; however, he was released on bond on February 12, 2006.

　　PRAYING THAT THE COURT WILL ORDER a bond review hearing to be scheduled. for Friday, March 3, 2006 at 1:30 p.m..

U.S.A. vs. Shawn Marshall Davis
Docket No. 05-00159-001
Page 2

ORDER OF COURT

Considered and ordered this 15th day of Feb, 2006 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       February 13, 2006

_____
Jeffrey A Birt
U.S. Probation Officer

_____
Elaine M. Johnston
Supervising U.S. Probation Officer

Place       Pittsburgh, Pennsylvania