＊- PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs.  Shawn Marshall Davis					Docket No.	0315 2:05CR00159-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Shawn Marshall Davis, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell sitting in the COURT at Pittsburgh, Pennsylvania, on the 10th day of May, 2005, under conditions that included home incarceration with electronic monitoring, and drug testing. On July 5, 2006, the Honorable Lisa Pupo Lenihan amended the conditions to include that the defendant refrain from any contact with Katherine Cobbs.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 25, 2006, the defendant's mother, Pam Davis, called the Probation Office and reported that the defendant had threatened (via telephone) to kill her and Katherine Cobbs. Ms. Davis indicated that she was seriously concerned that the defendant would follow through with these threats. She further stated that the defendant had threatened to cut the electronic monitoring transmitter off of his ankle. Ms. Davis has agreed to appear at a bond review hearing relative to the these threats. It is noted that Ms. Davis is the owner of the 704 Lillian Street, Pittsburgh, Pennsylvania, address where the defendant currently resides.

PRAYING THAT THE COURT WILL ORDER that an arrest warrant be issued, and a bond review hearing scheduled.

ORDER OF COURT

Considered and ordered this 25th day of Sept, 2006, and ordered filed and made a part of the records in the above case.

Honorable Gary L. Lancaster
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2006

Jeffrey A Birt
U.S. Pretrial Services/Probation Officer

Elaine Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place	Pittsburgh, PA