IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-159 |
| | ) |
| SHAWN MARSHAL DAVIS | ) |

O R D E R

_____AND NOW, this 25th day of January, 2007, in consideration of the within Motion for Permission to file its motion pertaining to defendant's sentence under seal, said motion is GRANTED.

IT IS ORDERED that the Government's motion shall be filed under seal and remain under seal until further Order of Court.

_____
Honorable Gary L. Lancaster
United States District Judge