Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Shawn Marshall Davis                               Docket No. 05-00159-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shawn Marshall Davis, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 26 day of January 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Shall not possess firearm or destructive device.
Shall not possess a controlled substance and shall refrain from the use of alcohol.
Shall participate in drug testing and drug treatment as directed by the probation officer.
Shall participate in a program for anger management as directed by the probation officer.
Shall cooperate in the collection of DNA as directed by the probation officer.

1-26-07:    Possession of Firearm by Convicted Felon Time served/ 3 years supervised release
1-26-07:    Released to supervision; currently supervised by USPO John P. Kuklar

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the terms of supervised release as follows:

While on supervision, you shall not commit another Federal, state, or local crime.
On January 26, 2008, the releasee was arrested by the Pittsburgh, Pennsylvania Police department on charges of Possession and Possession with Intent to Distribute a Controlled Substance (heroin). To date, these charges are pending disposition in the Allegheny Court of Common Pleas (CC200900745). Trial date scheduled for February 8, 2010.

Shall not possess a controlled substance, and shall participate in drug treatment as directed by the probation office. On July 7, 2009, the releasee tested positive for the use of marijuana. He has failed to attend drug treatment on September 23, 2009, and on November 4, 2009.

FILED
2009 DEC 10 PM 2:55
CLERK
U S DISTRICT COURT

U.S.A. vs. Shawn Marshall Davis
Docket No. 05-00159-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for arrest and held in abeyance until pending charges are resolved.

ORDER OF COURT

Considered and ordered this _10_ day of _Dec_, 20 _09_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
John P. Kuklar
U.S. Probation Officer

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place:   Pittsburgh