Prob 12
(Rev. 3/88)

**FILED**

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2010 MAR 18 PM 2: 53

CLERK
U S DISTRICT COURT

U.S.A. vs. Shawn Marshall Davis                                          Docket No. 05-00159-001

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shawn Marshall Davis, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 26 day of January 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm or destructive device.
- Shall not possess a controlled substance and shall refrain from the use of alcohol.
- Shall participate in drug testing, and counseling as directed by the probation officer.
- Shall participate in anger management program as directed by the probation officer.
- Shall cooperate in the collection of DNA as directed by the probation officer.

01-26-07:   Possession of Firearm by Convicted Felon Time Served, 3 years supervised release.
01-26-07:   Released to supervision; currently supervised by USPO John P. Kuklar
12-10-09:   Court issued warrant to be held in abeyance due to pending charge in Allegheny County Court of Common Pleas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

In the original Petition on Supervised Release, it was report that on January 26, 2008, the releasee was arrested by the Pittsburgh, Pennsylvania Police department on charges of Possession and Possession with Intent to Distribute a Controlled Substance (Heroin). These charges were Nolle Prossed on March 9, 2010, in the Allegheny County Court of Common Pleas at criminal number CC200900745.

PRAYING THAT THE COURT WILL ORDER that the Warrant which was issued and held in Abeyance be withdrawn, and this case be closed.

ORDER OF COURT

Considered and ordered this 19 day of March, 2010 and ordered filed and made a part of the records in the above case.

U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 16, 2010

John P. Kuklar
U.S. Probation Officer

Mike DiBiasi
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA