IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Criminal No. 05-159
                                  )
SHAWN MARSHALL DAVIS              )

                              ORDER

          AND  NOW,  this  **6**ᵗʰ  day  of  September,  2011,  in

consideration of the within Unopposed Motion by United States for

Release of Sealed Portion of Transcript, said motion is hereby

GRANTED.  The Court Reporter is hereby authorized to provide to the

government the entire transcript of the January 26, 2007, hearing,

including the sealed portion of the proceedings which occurred at

sidebar.  The sidebar portion of the transcript shall remain under

seal in the continued interests of justice pending further Order of

this Court.

                              Honorable Gary L. Lancaster
                              Chief United States District Judge

cc:  Counsel of Record